No. 09-1334. Chase Manhattan Bank, USA, N.A., Petitioner v. Harold S. Taxel, Trustee.

562 U.S. 830, 131 S. Ct. 85, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6394.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 594 F.3d 1073.

No. 09-1335. Vanessa Haldeman, et al., Petitioners v. Karen Duty, et al.

562 U.S. 830, 131 S. Ct. 86, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6680.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 777.